UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| Anthony G. Petrello, | § § § | |
| | § | |
| V. | § | CIVIL ACTION NO. H-08-1933 |
| | § | |
| Matthew W. Prucka, Sheryl S. | § | |
| Prucka, Peggy McGee, Rahul | § | |
| Nath, and Usha Nath, | § | |
| Defendant. | § | |

## RECUSAL ORDER

1.   I stand recused in this case.

2.   Any and all court settings are vacated.

Signed on the __15__ day of November, 2010.

_____
DAVID HITTNER
United States District Judge